### DEPT. OF ENVIRONMENTAL PROTECTION v. CAMDEN COUNTY MUNICIPAL AUTHORITY.

March 13, 1979. Petitions for certification denied.

### LEO LIASKOS v. BOARD OF ADJUSTMENT OF ENGLEWOOD CLIFFS.

March 13, 1979. Petitions for certification are granted and the matter is summarily remanded to the Appellate Division for reconsideration in the light of this Court's opinion in *Chirichello v. Zoning Board of Adjustment of the Borough of Monmouth Beach*, 78 *N.J.* 544 (1979).

### SHARK RIVER HILLS ESTATES v. BOARD OF ADJUSTMENT OF THE TOWNSHIP OF NEPTUNE.

March 13, 1979. Petition for certification denied.